# UNITED STATES DISTRICT COURT
для the
District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff*<br><br>v.<br>ANDREW ROBERTSON<br>*Defendant* | Case No. 2:19-mj-30017-JBC |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __14th__ day of __November__, 2019,

ORDERED that _____Peter Carter_____ from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
JAMES B. CLARK, III
United States Magistrate Judge